

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00243-CV

**IN THE INTEREST OF K.R.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00026
Honorable Mary Lou Alvarez, Judge Presiding

Opinion by:    Sandee Bryan Marion, Chief Justice

Sitting:    Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Delivered and Filed: October 2, 2019

AFFIRMED

This is an appeal from the trial court's Order of Termination in which the trial court terminated appellant's parental rights. Appellant's court-appointed counsel filed a brief and motion to withdraw, concluding the appeal is without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (mem. op.) (applying *Anders* procedure in appeal from termination of parental rights). Counsel provided appellant with a copy of the brief, informed appellant of his right to review the record, and advised appellant of his right to file a pro se brief. The State waived its right to file an appellee's brief unless appellant filed a pro se brief. Appellant requested and was provided a copy of the record, but appellant did not file a pro se brief.

After reviewing the record and counsel's brief, we agree the appeal is frivolous and without merit. *See Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no writ). The judgment of the trial court is affirmed. We deny counsel's motion to withdraw because it does not show good cause for withdrawal. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (per curiam) (holding "good cause" for withdrawal does not exist merely because counsel states she is unable to effectively communicate with the client and believes the appeal is frivolous).

Sandee Bryan Marion, Chief Justice